Jonathan Gardner (*pro hac vice*)
Christine M. Fox (*pro hac vice*)
David J. Goldsmith (*pro hac vice*)
Theodore J. Hawkins (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
(212) 818-0477 (fax)
jgardner@labaton.com
cfox@labaton.com
dgoldsmith@labaton.com
thawkins@labaton.com

*Lead Counsel for Lead Plaintiff Steamfitters Local 449 Pension Plan and the Settlement Class*

Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
GLANCY PRONGAY
  & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Liaison Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOLINA HEALTHCARE, INC., J. MARIO MOLINA, JOHN C. MOLINA, TERRY P. BAYER, and RICK HOPFER,<br><br>Defendants. | Case No. 2:18-cv-03579 AB (JCx)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Date:  October 22, 2020<br>Time:  10:00 a.m.<br>Court:  7B (Hon. André Birotte Jr.) |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on October 22, 2020, at 10:00 a.m., or such other date and time as set by the Court, Steamfitters Local 449 Pension Plan ("Lead Plaintiff"), will move before this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of an Order: (1) granting final approval of the proposed class action settlement and (2) granting approval of the proposed Plan of Allocation for the proceeds of the settlement.

This Motion is supported by the accompanying Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation and the accompanying Declaration of Christine M. Fox in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated September 17, 2020, and the exhibits attached thereto (filed concurrently herewith); the pleadings and other documents on file in this action; and all other written material or oral argument as may be presented to the Court.

Although proposed orders are being submitted herewith pursuant to Local Civil Rule 7-20, updated orders may be submitted with Lead Plaintiff's reply submission on or before October 15, 2020, after the deadlines for seeking exclusion and objecting have passed.

**CIVIL LOCAL RULE 7-3**

This motion is being filed pursuant to paragraph 24 of the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF No. 86).

NOTICE OF MOTION AND LEAD PLTF'S MOTION FOR FINAL. APPROVAL OF CLASS ACTION SETTLEMENT
NO. 2:18-CV-03579 AB (JCX)

| | |
|---|---|
| Dated: September 17, 2020 | Respectfully submitted, |
| | LABATON SUCHAROW LLP |
| | By: */s/ Christine M. Fox* |
| | Jonathan Gardner (*pro hac vice*) |
| | Christine M. Fox (*pro hac vice*) |
| | David J. Goldsmith (*pro hac vice*) |
| | Theodore J. Hawkins (*pro hac vice*) |
| | 140 Broadway |
| | New York, NY 10005 |
| | (212) 907-0700 |
| | (212) 818-0477 (fax) |
| | jgardner@labaton.com |
| | cfox@labaton.com |
| | dgoldsmith@labaton.com |
| | thawkins@labaton.com |
| | *Lead Counsel for Lead Plaintiff Steamfitters Local 449 Pension Plan and the Settlement Class* |
| | Robert V. Prongay (#270796) |
| | Lesley F. Portnoy (#304851) |
| | GLANCY PRONGAY |
| |   & MURRAY LLP |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | (310) 201-9150 |
| | (310) 201-9160 (fax) |
| | rprongay@glancylaw.com |
| | lportnoy@glancylaw.com |
| | *Liaison Counsel for Lead Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by e-mail to all counsel registered to receive such notice.

*/s/ Christine M. Fox*
Christine M. Fox